UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENT HOLDER, LLC.,<br><br>                        Plaintiff,<br><br>v.<br><br>LEONARD L. MAGILL, LMP/MAIL ORDER VIDEO INC., and MAGILL'S GLOCKSTORE<br><br>                        Defendants. | Case No.: 3:17-cv-02082-CAB-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br>**[Doc. No. 50]** |

    Having considered the parties' Joint Motion to Dismiss With Prejudice the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), the Court hereby **GRANTS** the joint motion. [Doc. No. 50.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

    It is **SO ORDERED**.

Dated: January 9, 2018

                                                                    Hon. Cathy Ann Bencivengo
                                                                    United States District Judge